1

2

Michael J. Miller, VA Bar No. 19171

3    David C. Andersen, CA Bar No.: 194095
     THE MILLER FIRM, LLC

4    2 Bala Plaza, Suite 603
     Bala Cynwyd, PA 19004

5    Telephone: (610) 660-0622
     Facsimile: (610) 660-0628

6

     Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                      )   **Docket No. 06-CV-5844-CRB**
                                        )
     IN RE: BEXTRA AND CELEBREX         )
14   MARKETING SALES PRACTICES AND      )   **MDL NO. 1699**
     PRODUCT LIABILITY LITIGATION       )   **District Judge:  Charles R. Breyer**
15                                      )
                                        )
16   SHARON PALMER, KENNETH             )
     STRICKLAND and DAVID EDWARDS       )
17                                      )   **STIPULATION AND ORDER OF**
                          Plaintiffs,   )   **DISMISSAL WITH PREJUDICE**
18                                      )
                                        )
19                 vs.                  )
                                        )
20   Pfizer Inc., et al.                )
                          Defendants.   )
21                                      )
                                        )
22   This Document Relates to:          )
                                        )
23   DAVID EDWARDS                      )
                                        )
24                                      )

25       Come now the Plaintiff, David Edwards, and Defendants, by and through the undersigned

26   attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

27   dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

28

                                         -1-

1    DATED: _May 5_, 2009    By: _____

2                               David C. Andersen, CA Bar No. 194095

3                               THE MILLER FIRM, LLP
                               Two Bala Plaza, Ste. 603

4                               Bala Cynwyd, PA 19004
                               Telephone: (212) 335-4500

5                               Facsimile: (212) 335-4501

6                               Attorneys for Plaintiff David Edwards

7

8

9    DATED: _8/26_ , 2009    By: _/s/ Loren Brown_____

10

11                               DLA PIPER LLP (US)
                               1251 Avenue of the Americas

12                               New York, NY 10020
                               Telephone: (212) 335-4500

13                               Facsimile: (212) 335-4501
                               *Defendants' Liaison Counsel*

14

15

16

17    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

18

19

20    Dated: _Sept. 1, 2009_    _____
                       Hon. Charles R. Breyer

21                        United States District Court

22                            IT IS SO ORDERED

23                            Judge Charles R. Breyer

24

25

26

27

28